*E-Filed 4/8/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DERRICK L. SLEDGE, | No. C 14-0956 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| JOHN DOE, | |
| Respondent. | |

This action was opened in error, and is hereby DISMISSED without prejudice. No filing fee is due. The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: April 8, 2014

RICHARD SEEBORG
United States District Judge

No. C 14-0956 RS (PR)
ORDER OF DISMISSAL

United States District Court
For the Northern District of California